**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JAYON ANDERSON,<br>Plaintiff,<br>v.<br>ELY STATE PRISON,<br>Defendant. | Case No. 3:24-CV-00457-ART-CLB<br>**ORDER TO CHANGE ADDRESS AND STAY CASE** |

On November 9, 2026, the Court issued an order to show cause and set an order to show cause hearing based on Plaintiff Jayon Anderson's ("Anderson") failure to comply with the Court's order and appear for a virtual status conference. (ECF No. 60.) The Court directed the U.S. Marshal's Service to personally serve the Order to Show Cause upon Anderson. (*Id.*) However, the U.S. Marshal's Service indicated Anderson could not be personally served at the address listed on the docket because Anderson no longer resides at that address. (ECF No. 61.) Therefore, it appears Anderson is no longer at his listed address. However, Anderson has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Anderson must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Based on the above, Anderson shall have until **December 8, 2026** to file a notice of change of address, or this Court will recommend that this action be dismissed. The case is hereby **STAYED** in its entirety until Anderson files a notice of change of address.

**IT IS FURTHER ORDERED** that the Order to Show Cause hearing currently set for December 2, 2026, at 9:00 a.m. is therefore **VACATED**.

**DATED**: November 24, 2026.

UNITED STATES MAGISTRATE JUDGE